## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FORREST CITY HOTELS, LLC d/b/a**                                          **PLAINTIFF**
**HOLIDAY INN FORREST CITY**

**v.**                                          **CASE NO. 2:13CV00159 BSM**

**COLONY INSURANCE COMPANY**                                          **DEFENDANT**

### ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 9], this case is dismissed

with prejudice.  Each party shall bear its own fees and costs.

IT IS SO ORDERED this 28th day of May 2014.


_____
UNITED STATES DISTRICT JUDGE