IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FORREST CITY HOTELS, LLC d/b/a**                      **PLAINTIFF**
**HOLIDAY INN FORREST CITY**

v.                 **CASE NO. 2:13CV00159 BSM**

**COLONY INSURANCE COMPANY**                             **DEFENDANT**

## ORDER

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 28th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE